# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-4808

———————————————

DEAZION APPLEBY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Writ of Habeas Corpus – Original Jurisdiction.

January 2, 2018

PER CURIAM.

DISMISSED. *See Baker v. State,* 878 So. 2d 1236 (Fla. 2004).

ROBERTS, BILBREY, and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Deazion Appleby, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.